This award is subject to the approval of the Governor. Ill. Rev. Stat. 1949, Chap. 127, Sec. 180.

(No. 4232- )

KATHRYN A. DOWNEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 9, 1951.*

ENSEL, MARTIN, JONES AND BLANCHARD, Attorneys for Claimant.

IVAN A. ELLIOTT, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for Respondent.

LANSDEN, J.

On October 21, 1948, claimant, Kathryn A. Downey, was injured while employed in the office of the Secretary of State. Claimant, during office hours, while walking from the 5th floor to the 3rd floor, fell on a stairway, and sustained rather serious injuries to her back. There are no jurisdictional questions raised, and it is admitted that the case arises under the terms and provisions of the Workmen's Compensation Act pertaining to State employees.

The facts show that the claimant, at the time she was injured, was 42 years of age, unmarried, and that her earnings for the year preceding her injuries were in the amount of $2,400.00.

The facts show that the claimant has been paid her full salary while she was off work due to the accident.

The facts show, and we do not dispute, that claim-

ant, in an effort to aid in being cured of her injuries, incurred the following expenses:

| | |
|---|---|
| The Deal Clinic, Springfield, Illinois | $ 11.00 |
| Drs. J. Albert Key, Fred C. Reynolds, Lee T. Ford | $ 45.00 |
| Drs. John J. Pleak and Barbara Pleak | $ 84.00 |
| St. Clara's Hospital, Lincoln, Illinois | $ 28.75 |
| St. John's Hospital, Springfield, Illinois | $ 40.00 |
| Dr. Carl Becker, Lincoln, Illinois | $ 22.00 |
| Prescriptions | $ 45.40 |
| Expenses on 8 trips to St. Louis, Missouri, for the purpose of seeking medical attention | $100.00 |
| Purchase of 2 medical support garments | $ 21.25 |
| 2 bedboards | $ 8.00 |

All that the Court is asked to pass on at this time is the amount of the expenses necessarily incurred by the claimant in an effort to be cured of her injuries. The Court finds the expenses above listed to be reasonable and necessary for the purposes mentioned.

An award is, therefore, entered in favor of the claimant, Kathryn A. Downey, under Section 8(a) of the Workmen's Compensation Act for $403.40, all of which award is payable forthwith as follows:

$ 11.00 to claimant for the use of the Deal Clinic, First National Bank Building, Springfield, Ill.

$ 45.00 to claimant for the use of Drs. J. Albert Key, Fred C. Reynolds, and Lee T. Ford, 4952 Maryland Avenue, St. Louis, Missouri.

$ 84.00 to claimant for the use of Drs. John J. Pleak and Barbara Pleak, 407 Ferguson Building, Springfield, Illinois.

$ 28.75 to claimant for the use of St. Clara's Hospital, Lincoln, Illinois.

$ 40.00 to claimant for the use of St. John's Hospital, Springfield, Illinois.

$ 20.00 to claimant for the use of Dr. Carl Becker, Lincoln, Illinois.

$174.65 to claimant for prescriptions, expenses to St. Louis, Missouri, medical garments and bedboards.

Harry L. Livingstone, Court Reporter, 1008 Ridgely Building, Springfield, Illinois, was employed to take and transcribe the testimony at the hearing, and has submitted charges for said services in the amount of $66.50, which the Court finds to be reasonable.

An award is hereby made in favor of Harry L. Liv-

ingstone in the amount of $66.50 for court reporting services.

Jurisdiction of this case is specifically reserved for further orders as from time to time may be necessary.

This award is subject to the approval of the Governor as provided in Section 3 of ''An Act concerning the payment of compensation awards to State employees.''